UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

OLIVER CADE,

    Plaintiff,

v.                             CASE NO. 8:14-cv-2445-T-23EAJ

NAVIENT SOLUTIONS, INC.,

    Defendants.
_____/

**ORDER**

    The defendant announces (Doc. 17) a settlement in this action.  Under Local Rule 3.08(b), this action is dismissed subject to the right of any party within sixty days (1) to submit a stipulated form of final order or judgment or (2) to re-open the action upon a showing of good cause.  The clerk is directed to terminate any pending motion and to close the case.

    ORDERED in Tampa, Florida, on April 1, 2015.

                                                _____
                                                STEVEN D. MERRYDAY
                                                UNITED STATES DISTRICT JUDGE